IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT N. HOWELL,

   Petitioner,

  v.

MICHAEL A. ZENK,

   Respondent.

CIVIL ACTION FILE
NO. 1:06-CV-2021-TWT

OPINION AND ORDER

This is a pro se habeas corpus action by a federal prisoner serving a 30 year drug trafficking sentence. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending that the Petition be dismissed on the grounds that it is a successive 28 U.S.C. § 2255 action. The Petitioner filed previous unsuccessful § 2255 actions in the Southern District of Illinois where he was convicted. The Magistrate Judge was clearly correct in finding that the Petitioner has not shown that his remedy under § 2255 was "inadequate or ineffective." See Wofford v. Scott, 177 F.3d 1236, 1243 (11th Cir. 1999). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 20 day of October, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge